| | |
|---|---|
| | Priority ___<br>Send ✓<br>Enter ___<br>Closed ___<br>JS-5/JS-6 ___<br>JS-2/JS-3 ___<br>Scan Only ___ |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.   CV00-06506-MRP(AJWx)                              Date: October 22, 2001

Title:   Mallinckrodt, Inc., vs. Masimo Corp.

================================================================

PRESENT: THE HONORABLE MARIANA R. PFAELZER, U.S. DISTRICT JUDGE

| Paul M. Cruz | Mark Schweitzer | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

Nicola A. Pisano                                    Joseph S. Cianfrani
Adel Aali                                           William R. Zimmerman
Robert C. Morgan                                    James F. Lesniak
Craig Hentschel                                     Stephen C. Jensen

PROCEEDINGS:   (1) Plaintiff Mallinckrodt's Motion for Preliminary Injunction; (2) Defendants/Counter-Claimants Masimo & Ivy Biomedical Systems' Motion for Summary Judgment of Noninfringement of U.S. Patent Nos. 4,621,463 & 4,700,708

Case called. Attorneys state their appearances. The Court hears argument on plaintiff's motion for preliminary injunction and defendants/counter-claimants' motion for summary judgment.

The Court takes both motions under submission.

[ENTERED OCT 23 2001 CV stamp]

126

Initials of Preparer _____