Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| MALLINCKRODT INC. and NELLCOR PURITAN BENNETT, INC. | CV 00-6506-MRP |
| PLAINTIFF(S) | |
| v. | |
| MASIMO CORP. and IVY BIOMEDICAL SYSTEMS, INC. | **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |
| DEFENDANT(S). | |

WHEREAS, the documents listed below were improperly filed for the following reason(s)
By agreement between this Court and the parties on March 25, 2004, post-trial filings limited to two briefs per party, an omnibus motion and an opposition. Trial Transcript 4040:23-4050:14. The Court was abundantly clear further filings would not be accepted and the parties agreed to this schedule. Id.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Supplemental Submission Regarding Masimo's Motion for a Permanent Injunction | July 9, 2004 |

DOCKETED ON CM
JUL 13 2004
BY 013

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

July 9, 2004
Date

_Mariana R. Pfaelzer_
United States District Judge/Magistrate Judge

CV-80 (12/95)       ORDER STRIKING FILED DOCUMENTS FROM THE RECORD

620