Priority Send ✗
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| MALLINCKRODT INC. and NELLCOR PURITAN BENNETT, INC.<br><br>PLAINTIFF(S)<br><br>v.<br><br>MASIMO CORP. and IVY BIOMEDICAL SYSTEMS, INC.<br><br>DEFENDANT(S). | CV 00-6506-MRP<br><br><br><br><br><br>**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below were improperly filed for the following reason(s)

The Court and parties agreed that no further filings would be permitted in this case. Trial Transcript 4040:23-4050:14. A previous filing from Nellcor and the Masimo filing to which this document responds have been struck from the record. Unless and until the Court request them, the Court will not read or consider further filings.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Response to Masimo's Supplemental Submission Regarding Masimo's Motion for a Permanent Injunction | July 12, 2004 |

DOCKETED ON CM
JUL 15 2004
BY

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

July 13, 2004
Date

Mariana R. Pfaelzer
United States District Judge/Magistrate Judge

CV-80 (12/95)    ORDER STRIKING FILED DOCUMENTS FROM THE RECORD