Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV00-6506-MRP(AJWx)          Date and Filed: July 16, 2004

Title:   MALLINCKRODT, INC., V. MASIMO CORPORATION

==================================================================
PRESENT:   THE HONORABLE MARIANA R. PFAELZER, DISTRICT JUDGE

          Carolyn Trump              Not reported
          Courtroom Clerk            Court Reporter

ATTORNEYS FOR PLAINTIFFS:          ATTORNEYS FOR DEFENDANTS:
Not present                        Not present

PROCEEDINGS: NOTICE OF HEARING ON DAMAGES (IN CHAMBERS)

The hearing on the issue of damages is scheduled for Aug. 2, 2004, at
10:00 A.M.  No further briefing will be considered or accepted for
filing.

MINUTES FORM                              Initials of Deputy Clerk ____
CIVIL - GEN