# United States Court of Appeals for the Federal Circuit

04-1495,-1540

MALLINCKRODT, INC. and NELLCOR PURITAN BENNETT, INC.,

Plaintiffs-Cross Appellants,

v.

MASIMO CORPORATION,

Defendant-Appellant.

## Judgment

ON APPEAL from the   UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

In CASE NO(S).   2:00-CV-06506 - MRP

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

<u>AFFIRMED-IN-PART, REVERSED-IN-PART, REMANDED</u>

ENTERED BY ORDER OF THE COURT

DATED SEP - 7 2005

<u>**ISSUED AS A MANDATE:**</u> NOV - 1 2005

[Stamps: RECEIVED CLERK, U.S. DISTRICT COURT NOV - 3 2005 CENTRAL DISTRICT OF CALIFORNIA; DOCKETED ON CM NOV - 4 2005; CERTIFIED COPY - I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE. UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT]