1   Robert C. Morgan (CSB #46348)
2   robert.morgan@ropesgray.com
    **ROPES & GRAY LLP**
3   **FISH & NEAVE IP GROUP**
    1251 Avenue of the Americas
4   New York, NY  10020
    Telephone:  (212) 596-9000
5   Facsimile:  (212) 596-9090

6   Attorneys for Plaintiffs/Counterdefendants,
    Nellcor Puritan Bennett, Inc. and
7   Mallinckrodt Inc.

8   James F. Lesniak (CSB #115889)
    jfl@kmob.com
9   Joseph R. Re (CSB #134479)
    jrr@kmob.com
10  **KNOBBE, MARTENS,**
      **OLSON & BEAR, LLP**
11  2040 Main Street, 14th Floor
    Irvine, CA 92614
12  Telephone:  (949) 760-0404
    Facsimile:  (949) 760-9502

13

14  Attorneys for Defendant/Counterclaimant,
    MASIMO CORPORATION
15

16              IN THE UNITED STATES DISTRICT COURT

17           FOR THE CENTRAL DISTRICT OF CALIFORNIA

18                       WESTERN DIVISION

19

20  MALLINCKRODT, INC. et al.,          )  Civil Action No.
                                        )  CV-00-6506 MRP (AJWx)
21                      Plaintiffs,     )
                                        )
22      v.                              )  [PROPOSED] CASE
                                        )  SCHEDULE ON REMAND
23  MASIMO CORPORATION,                 )
                                        )
24                      Defendant.      )  Date: No Hearing
                                        )
25  _____ )
                                        )
26  AND RELATED COUNTERCLAIMS.          )  Hon. Mariana R. Pfaelzer
                                        )
27  _____ )

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 28 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send
Clsd
Enter
JS-5/JS-6
JS-2/JS-3

LODGED

DOCKETED ON CM

NOV 29 2005

BY                   009

658

WHEREAS, this Court has received the November 1, 2005 mandate from the United States Court of Appeals for the Federal Circuit from the parties' appeals in this case;

WHEREAS, this Court has requested the parties submit a proposed schedule for this Court to address the remaining issues to be resolved in this case; and

WHEREAS the parties, through their respective counsel of record, do hereby agree and stipulate, subject to the approval of this Court, that the Court ORDER as follows:

1) On or before December 5, 2005, Masimo shall submit a proposed permanent injunction for entry by this Court pursuant to the Federal Circuit's September 7, 2005 decision;

2) In the event that Nellcor disagrees with Masimo's Proposed Permanent Injunction, Nellcor shall have 14 days from the filing thereof to file its own proposed permanent injunction and brief in support thereof. Masimo shall have up to 10 days to file any responsive brief;

3) The parties may conduct discovery through February 24, 2006 concerning an accounting for damages and interest for infringements occurring after May 31, 2004;

4) The parties will submit briefs regarding the accounting as follows:

    (a) Masimo will file its opening brief by March 13, 2006;

    (b) Nellcor will file any opposition thereto by March 27, 2006;

    (c) Masimo will file any reply by April 3, 2006;

5) After receiving the briefs recited paragraph (4) above, the Court may hold a hearing, if necessary, regarding the accounting for damages and interest for infringements occurring after May 31, 2004;

/ / /

6) The parties must file any request for the enhancement of damages pursuant to 35 U.S.C. § 284, for attorney's fees under 35 U.S.C. § 285, or any other applicable statute, or for costs under Fed. R. Civ. P. 54, within thirty (30) days after the entry of a final order of this Court regarding the accounting for damages and interest for infringements occurring after May 31, 2004; and

7) Consistent with paragraph 6 above, the Court vacates the portion of its Final Judgment entered on August 6, 2004 regarding when the parties may request the enhancement of damages, attorney's fees or costs.

IT IS SO ORDERED.

Dated: _November 28, 2005_   By: _Mariana R. Pfaelzer_
Honorable Mariana R. Pfaelzer
United States District Judge

Presented by:

KNOBBE, MARTENS, OLSON & BEAR, LLP

By: _____
James F. Lesniak
Joseph R. Re
Attorneys for Defendant/Counterclaimant,
MASIMO CORPORATION

ROPES & GRAY. LLP

By: _____/SR
Robert C. Morgan
Attorneys for Plaintiff/Counterdefendant,
MALLINCKRODT, INC.

-2-

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California.  I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, 14th Floor, Irvine, California.  On November 23, 2005, I served the within **[PROPOSED] CASE SCHEDULE ON REMAND** on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

VIA FACSIMILE AND               Craig N. Hentschel
FIRST CLASS MAIL TO:            **DYKEMA GOSSETT PLLC**
                                333 South Grand Avenue
                                Suite 2100
                                Los Angeles, CA  90071

VIA FACSIMILE AND               Robert C. Morgan
FIRST CLASS MAIL TO:            **ROPES & GRAY LLP**
                                **FISH & NEAVE IP GROUP**
                                1251 Avenue of the Americas
                                New York, NY  10020

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 23, 2005, at Irvine, California.

*Linda Rivera*
Linda S. Rivera

2071243\
111505

-3-