Craig N. Hentschel (CSB #66178)
**DYKEMA GOSSETT LLP**
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1818
Facsimile: (213) 457-1850
chentschel@dykema.com

Robert C. Morgan (CSB #46348)
**ROPES & GRAY LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 596-9000
Facsimile: (212) 594-9090
robert.morgan@ropesgray.com

Attorneys for Plaintiffs/Counterdefendants
Nellcor Puritan Bennett, Inc. and
Mallinckrodt Inc.

James F. Lesniak (CSB #115889)
Joseph R. Re (CSB #134479)
**KNOBBE, MARTENS, OLSON & BEAR LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502
jlesniak@kmob.com

Attorneys for Defendant/Counterclaimant
Masimo Corporation

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MALLINCKRODT, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> MASIMO CORPORATION, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. CV-00-6506 MRP (AJWx) <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR NELLCOR TO FILE PROPOSED PERMANENT INJUNCTION AND BRIEF REGARDING PROPOSED PERMANENT INJUNCTION** <br><br> Date: No hearing <br><br> Court: Hon. Mariana R. Pfaelzer |

1  Plantiffs and counterdefendants Nellcor Puritan Bennett, Inc. and Mallinckrodt
2  Inc. ("Nellcor") and defendant and counterclaimant Masimo Corporation
3  ("Masimo"), through their respective counsel of record, stipulate to, and request the
4  Court to order, the following modification to the Case Schedule on Remand, entered
5  on November 29, 2005:

6

7  1.  Pursuant to the Case Schedule on Remand, Nellcor is to file a proposed
8  form of permanent injunction and a brief relating to that injunction within 14 days of
9  Masimo filing its proposed form of permanent injunction. Masimo filed its proposed
10  form of permanent injunction on December 1, 2005.

11

12  2.  Nellcor and Masimo agree that Nellcor may have to and including
13  December 19, 2005, to file a proposed form of permanent injunction and a brief and
14  related papers in support thereof.

3. No other change to the Case Schedule on Remand is proposed.

DATED: December 14, 2005

DYKEMA GOSSETT LLP
Craig N. Hentschel

ROPES & GRAY LLP
Robert C. Morgan

_/s/ Craig N. Hentschel_
Craig N. Hentschel

Attorneys for Plaintiffs/Counterdefendants
Nellcor Puritan Bennett, Inc., and
Mallinckrodt Inc.

DATED: December 14, 2005

KNOBBE, MARTENS OLSON & BEAR LLP
James F. Lesniak
Joseph R. Re
Stephen C. Jensen

_/s/ Joseph R. Re/cah_
Joseph R. Re
Attorneys for Defendant/Counterclaimant
Masimo Corporation

IT IS SO ORDERED.

December 19, 2005

_/s/ Mariana R. Pfaelzer_
Mariana R. Pfaelzer
United States District Court Judge

PAS01\25835.1
ID\CNH

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME

# PROOF OF SERVICE

(Code of Civ. Proc. §§ 1013 and 2015.5)

Short Title: MALLINCKRODT INC. v. MASIMO
Case No.   CV00-6506 MRP (AJWx)

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071.

On December 14. 2005 I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR NELLCOR TO FILE PROPOSED PERMANENT INJUNCTION AND BRIEF REGARDING PROPOSED PERMANENT INJUNCTION** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

James F. Lesniak, Esq.
Jon W. Gurka, Esq.
KNOBBE, MARTENS, OLSON &
BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502
**Attorneys for Defendant**

☒   **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

☐   **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee.

☐ **(BY OVERNIGHT)** I caused such envelope to be delivered by Federal Express Priority Overnight (delivery by next business morning) to the offices of the addressee.

☐ **(BY FACSIMILE)** By transmitting in true copy thereof by facsimile from facsimile number (626) 449-5705 to the facsimile number(s) shown above.

☐ (State) I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

☒ (Federal) I declare that I employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 14, 2005, at Los Angeles, California.

*Nancy L. Stonick*

Nancy L. Stonick

PAS01\25843.1
ID\CNH