Craig N. Hentschel (CSB #66178)
chentschel@dykema.com
**DYKEMA GOSSETT PLLC**
333 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Robert C. Morgan (CSB #46348)
robert.morgan@ropesgray.com
**ROPES & GRAY LLP**
**FISH & NEAVE IP GROUP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

Attorneys for
Plaintiffs/Counterdefendants,
Nellcor Puritan Bennett, Inc. and
Mallinckrodt Inc.

James F. Lesniak (CSB #115889)
jfl@kmob.com
Joseph R. Re (CSB #134479)
jrr@kmob.com
Karen Vogel Weil (CSB #145066)
kvw@kmob.com
Jon W. Gurka (CSB #187964)
jwg@kmob.com
Joseph S. Cianfrani (CSB#196186)
jsc@kmob.com
**KNOBBE, MARTENS,**
 **OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for
Defendant/Counterclaimant,
MASIMO CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MALLINCKRODT, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> MASIMO CORPORATION, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Civil Action No. <br> CV-00-6506 MRP (AJWx) <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** <br><br><br> Hon. Mariana R. Pfaelzer |

| | |
|---|---|
| 1 | Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the |
| 2 | parties, through their respective counsel of record, do hereby agree and stipulate |
| 3 | to dismiss this action, and the claims and counterclaims therein, with prejudice. |
| 4 | The parties have entered into a settlement agreement which resolves each and |
| 5 | every claim and counterclaim made in this action, with each party agreeing to |
| 6 | forgo any appeal and to pay its own costs and attorneys' fees. The court shall |
| 7 | retain jurisdiction to enforce the terms of the settlement agreement. |

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

Dated: Jan. 27, 2006           By: _/s/ Craig N. Hentschel_
                                   Craig N. Hentschel

Attorneys for Plaintiff/Counterdefendants, MALLINCKRODT, INC. and NELLCOR PURITAN BENNET, INC.

**KNOBBE, MARTENS, OLSON & BEAR, LLP**

Dated: January 26, 2006        By: _/s/_
                                   James F. Lesniak
                                   Joseph R. Re

Attorneys for Defendant/Counterclaimant, MASIMO CORPORATION

**IT IS SO ORDERED.**

Dated: February 14, 2006       By: _/s/_
                                   Honorable Mariana R. Pfaelzer

2267643
012606

-1-

# PROOF OF SERVICE

(Code of Civ. Proc. §§ 1013 and 2015.5)

Short Title: MALLINCKRODT INC. v. MASIMO
Case No. CV00-6506 MRP (AJWx)

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071.

On January 27, 2006 I served the foregoing document described as **STIPULATED DISMISSAL WITH PREJUDICE** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

James F. Lesniak, Esq.
Jon W. Gurka, Esq.
KNOBBE, MARTENS, OLSON &
BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502
**Attorneys for Defendant**

☒   **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

☐   **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee.

☐   **(BY OVERNIGHT)** I caused such envelope to be delivered by Federal Express Priority Overnight (delivery by next business morning) to the offices of the addressee.

2

☐ **(BY FACSIMILE)** By transmitting in true copy thereof by facsimile from facsimile number (213) 457-1850 to the facsimile number(s) shown above.

☐ (State) I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

☒ (Federal) I declare that I employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 27, 2006, at Los Angeles, California.

*Deborah Smith* (signature)

Deborah Smith

PAS01\25843 1
ID\CNH

3